U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
OCT 0 2 2006
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DANIEL CYRIAK | CIVIL ACTION NO. 06-CV-0585, SEC. P |
| VS. | JUDGE DRELL |
| RAPIDES PARISH COURTHOUSE, ET AL. | MAGISTRATE JUDGE KIRK |

## MEMORANDUM ORDER

Before the Court is another pro se civil rights complaint filed by Plaintiff, Daniel Cyriak. Plaintiff is an inmate in the custody of Louisiana's Department of Public Safety and Corrections; he is incarcerated at the Hunt Correctional Center in St. Gabriel, Louisiana.

Plaintiff filed the above-captioned suit on April 6, 2006 seeking nine hundred million dollars in damages for an alleged violation of his civil rights. On June 16, 2006, Plaintiff was granted pauper status pursuant to the provisions of 28 U.S.C. §1915. [Doc. #9.] Cyriak has filed numerous civil rights lawsuits in the Louisiana federal district courts, at least three of which have been dismissed under 1915(e)(2)(B) as frivolous, malicious, or for failing to state a claim for which relief could be granted. 28 U.S.C. §1915(e)(2)(B).

28 U.S.C. §1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on **3 or more prior occasions**, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is **frivolous, malicious, or fails to state a claim upon which relief may be granted**, unless the prisoner is under imminent danger of serious physical injury.

In the instant case, the plaintiff has been made well aware of the provisions of 1915 (e)(2)(B), as

numerous cases filed by him have been dismissed under that provision, particularly: *Cyriak v. Lensing, et al.*, 3:03-0693; *Cyriak v. Chaper, et al.*, 3:00-cv-0715; *Cyriak v. Lensing, et al.*, 3:00-cv-0716; *Cyriak v. Alexandria*, 1:95-cv-987; *Cyriak v. Rapides Parish, et al.*, 1:96-cv-2175; and *Cyriak v. Madison Parish*, 1:96-cv-2175.

In sum, Plaintiff **is not eligible** to proceed *in forma pauperis* in this, **or any other civil rights action** that does not involve "imminent danger of serious physical injury." Rather, Plaintiff is subject to the costs assessed to all other plaintiffs; that is, he must pay a filing fee of **$ 350.00 per civil action**, suit or proceeding filed in a district court, whether by original process, removal or otherwise. 28 USCS § 1914; *see also* 28 USCS § 1911-13.

Therefore, **IT IS ORDERED** that Plaintiff's *in forma pauperis* status [Doc. #6] is hereby **REVOKED and RESCINDED**.

**IT IS FURTHER ORDERED** that in order for this complaint to remain viable, **Plaintiff must pay the full filing fee of $350.00 within twenty (20) days from the date of this order.**

<u>**FAILURE TO PAY THE FULL FILING FEE WITHIN THE TIME ALLOTTED WILL RESULT IN THE PLEADINGS BEING STRICKEN FROM THE RECORD.**</u>

**THUS DONE AND SIGNED** in Chambers, in Alexandria, Louisiana, this _____ day of _____, 2006.

JAMES D. KIRK
United States Magistrate Judge